162 A.3d 290

IN THE MATTER OF STEPHEN SCHNITZER, AN ATTORNEY AT LAW (ATTORNEY NO. 230241968)

June 15, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–134, concluding that the formal ethics complaint filed against **STEPHEN SCHNITZER** of **LIVINGSTON,** who was admitted to the bar of this State in 1968, should be dismissed for lack of clear and convincing evidence of unethical conduct, and good cause appearing;

It is ORDERED that the formal complaint against **STEPHEN SCHNITZER** in District Docket No. VC–2010–0027E, is hereby dismissed.